1  ROBERT C BOWMAN JR. (SBN 232388)
   robert@bowmanandassoc.com
2  LAURA REICH (SBN 289115)
   lreich@bowmanandassoc.com
3  LAW OFFICES OF BOWMAN & ASSOCIATES
   3230 Ramos Circle
4  Sacramento, CA 95827

5  Attorney for Plaintiff
   ANDRE HUGHES

6
   GABRIELLE M. WIRTH (SBN 106492)
7  wirth.gabrielle@dorsey.com
   NISHA VERMA (SBN 284130)
8  verma.nisha@dorsey.com
   PAVLINA K. RAFTER (SBN 304181)
9  rafter.pavlina@dorsey.com
   DORSEY & WHITNEY LLP
10 600 Anton Boulevard, Suite 2000
   Costa Mesa, CA 92626
11 Telephone:  (714) 800-1400
   Facsimile:  (714) 800-1499
12
   Attorneys for Defendant.
13 JACOBSON WAREHOUSE COMPANY INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ANDRE HUGHES, | CASE NO: 2:19-CV-00968-WBS-CKD |
|---|---|
| Plaintiff, | [San Joaquin Superior Court<br>Case No: STK CV UWT 2019-4888] |
| vs. | **ORDER TO STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |
| JACOBSON WAREHOUSE COMPANY INC. (D.B.A XPO LOGISTICS), and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Andre Hughes ("Plaintiff") and Defendant Jacobson Warehouse Company Inc. ("Defendant") (collectively "Parties") acting through counsel hereby stipulate as follows:

1. The above-entitled action has been resolved through a negotiated settlement executed by the Parties, including all claims against all Parties. Therefore, the Parties stipulate that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. The Parties shall each bear their own costs and fees.

Dated: March 18, 2020  /s/ *Robert C. Bowman*
Robert C. Bowman Jr,
Attorney for Plaintiff
ANDRE HUGHES

Dated: April 7, 2020  /s/ *Gabrielle M. Wirth*
Gabrielle M. Wirth,
Attorney for Defendant
JACOBSON WAREHOUSE COMPANY INC.

**IT IS SO ORDERED:**

Dated: April 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE